Dr. Robert V. Justice
9461 Charleville Blvd., Ste. 394
Beverly Hills, CA 90212-3017
Phone: (559) 904-5645
Fax: (310) 881-5687
Email: justicerobert1@yahoo.com

Self-Represented Plaintiff

**FILED**
APR - 7 2010
Clerk, U.S District & Bankruptcy
Courts for the District of Columbia

# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. ROBERT V. JUSTICE, an individual, ) | Case No. |
| ) | |
| **Plaintiff,** ) | **COMPLAINT UNDER FOIA** |
| ) | |
| vs. ) | |
| ) | Case: 1:10-cv-00568 |
| INTERNAL REVENUE SERVICE, an ) | Assigned To : Kennedy, Henry H. |
| agency of the U.S. Government, ) | Assign. Date : 4/7/2010 |
| ) | Description: FOIA/Privacy Act |
| **Defendant.** ) | |
| ) | |
| ) | |

Plaintiff, Dr. Robert V. Justice ("Plaintiff"), complaining against Defendant Internal Revenue Service ("IRS" or "Defendant"), alleges:

1. The jurisdiction of this court is based upon Title 28 U.S.C. Section 1331 and Title 5 U.S.C. Section 552(a)(4)(B).

2. Venue is proper under Title 28 U.S.C. Section 1391(b)(2), because the records which are the subject of this action are situated in this judicial district.

3. Plaintiff is a citizen of the United States and a resident of Beverly Hills, California.

4. Defendant is an agency of the United States.

**COMPLAINT UNDER FOIA**
1

5. On February 10, 2005, Plaintiff submitted a Freedom of Information Act ("FOIA") request by a letter dated February 10, 2005 by certified mail with return receipt to the IRS requesting the following information: a letter sent by Commissioner Roscoe L. Egger, Jr. of the IRS to all district directors dated April 4, 1985. A true and correct copy of Plaintiff's request letter dated February 10, 2005 is hereby incorporated by reference and attached as Exhibit A to this complaint. Plaintiff also requested additional information by said letter, but that is not an issue in this action.

6. The IRS denied Plaintiff's FOIA request by a letter dated May 11, 2005 by its inability to locate the April 4, 1985 letter. The IRS's inability to locate the April 4, 1985 letter may be construed as a denial in accordance with Title 26 C.F.R. Section 601.702. A true and correct copy of the IRS's denial letter dated May 11, 2005 is hereby incorporated by reference and attached as Exhibit B to this complaint.

7. On June 2, 2005, Plaintiff appealed the denial by sending a written appeal letter dated June 2, 2005 to the IRS by certified mail with return receipt. A true and correct copy of Plaintiff's appeal letter dated June 2, 2005 is hereby incorporated by reference and attached as Exhibit C to this complaint.

8. On July 20, 2005, the IRS denied Plaintiff's appeal by a letter. A true and correct copy of the IRS's appeal denial letter dated July 20, 2005 is hereby incorporated by reference and attached as Exhibit D to this complaint.

9. Defendant has improperly withheld Commissioner Egger's letter to all district directors dated April 4, 1985 by negligently or deliberately failing to properly search and locate said letter.

WHEREFORE, Plaintiff respectfully prays for judgment against the Defendant as follows:

1. That Defendant be enjoined from withholding Commissioner Egger's letter to all district directors dated April 4, 1985.

2. That Defendant be ordered to release Commissioner Egger's letter within a specified period of time.

**COMPLAINT UNDER FOIA**
2

1 | 3. That Defendant be ordered to pay Plaintiff's costs incurred in this action.
2 | 4. For such other and further relief as the court may deem just and proper.
3 |
4 | Dated: April 1, 2010
5 |
6 | By: *[signature]*
7 | Dr. Robert V. Justice
  | Self-Represented Plaintiff
8 |
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

**COMPLAINT UNDER FOIA**