# Exhibit A

10 0568

FILED

APR - 7 2010

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Robert Volney Justice
P.O. Box 602
Avenal, CA 93204-1433

February 10, 2005

**Certified Mail No. 7002 0510 0001 4834 6465**
**Return Receipt Requested**
IRS FOIA Request
Headquarters, Freedom of Information Office
SE:S:MS:C&L:GLD:D:F
1111 Constitution Ave., NW
Washington, DC 20224

Dear Disclosure Officer:

This is a request under the Freedom of Information Act.

I request that a copy of the following documents indicating the mission statement of the Internal Revenue Service (IRS) and a letter sent by Commissioner Roscoe L. Egger, Jr. of the IRS to all district directors dated April 4, 1985 be provided to me. I do not wish to inspect the documents first.

In order to determine the status for the applicability of fees, you should know that I am a requester seeking information for non-commercial or personal use.

I am willing to pay fees for this request up to a maximum of $20.00. If you estimate that the fees will exceed this limit, please inform me first.

Thank you for your consideration of this request.

Sincerely,

*Robert Volney Justice*
Robert Volney Justice