10 0568

# Exhibit B

FILED
APR - 7 2010
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

SMALL BUSINESS/SELF-EMPLOYED DIVISION

Robert V. Justice
P. O. Box 602
Avenal, CA  93204-1433

Person to Contact: Mrs. Rascoe
Telephone Number: (202) 622-3662
Refer Reply To: SE:S:C&L:GLD:D:F/2005-01300
Date: May 11, 2005

Dear Mr. Justice:

This is in response to the Freedom of Information Act request dated February 10, 2005, for a copy of a letter sent by Commissioner Roscoe L. Egger, Jr., to all district directors dated April 4, 1985, and a copy of the IRS Mission Statement.

A search was conducted for the requested information, enclosed is a copy of the Mission Statement. However, the Commissioners Staff was unable to locate the letter dated April 4, 1985, to all district directors.

Sincerely,

Symeria R. Rascoe
Symeria R. Rascoe
Tax Law Specialist
HQ Office of Disclosure FOIA
Badge #50-05919