# Exhibit C

10 0568

FILED

APR - 7 2010

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Robert Volney Justice
P.O. Box 602
Avenal, CA 93204-1433

June 2, 2005

**Certified Mail No. 7004 2510 0006 5126 8034
Return Receipt Requested**
Commissioner of Internal Revenue
IRS Appeals
6377A Riverside Ave., Ste. 110
Riverside, CA 92506-FOIA Appeal

Dear Sir:

    Please take notice that Robert Volney Justice, of 4310 Los Padres Dr., Fallbrook, CA 92028-9283 hereby appeals, in accordance with the provisions of the Freedom of Information Act (5 U.S.C. § 552), 26 C.F.R. § 601.702(c)(9)(v), and 26 C.F.R. § 601.702(c)(10)(ii)(F), from the decision and determination of Symeria R. Rascoe, Tax Law Specialist, HQ Office of Disclosure FOIA, Badge #50-05919 denying my request for a copy of a letter sent by former Commissioner Roscoe L. Egger, Jr. of the IRS to all district directors dated April 4, 1985.

    My initial request was submitted on February 10, 2005, and the letter denying the request was dated May 11, 2005. Copies of the request and of the decision and determination denying the request are attached.

    I hereby request the Commissioner reconsider this denial for the following reasons: I may consider the inability of the IRS to locate the requested letter indicated above as a denial of my request for it in accordance with the provision of 26 C.F.R. § 601.702(c)(9)(v), which states:

> (c) Specific requests for other records-...
> (9) Initial determination-...
> (v) Inability to locate and evaluate within time limits. Where the records requested cannot be located and evaluated within the initial twenty day period or any extension thereof in accordance with paragraph (c)(11) of this section, the search for the records or evaluation shall continue, but the requester shall be notified, and advised that the requester may consider such notification a denial of the request for records. The requester shall be provided with a statement of judicial rights along with the notification letter. The

1

requester may also be invited, in the alternative, to agree to a voluntary extension of time in which to locate and evaluate the records. Such voluntary extension of time shall not constitute a waiver of the requester's right to appeal or seek judicial review of any denial of access ultimately made or the requester's right to seek judicial review in the event of failure to comply with the time extension granted.

The Commissioner of Internal Revenue must verify that an appropriate search was conducted and the responsive records were either produced or an appropriate exemption asserted pursuant to the provisions of 26 C.F.R. § 601.702(c)(10)(ii)(F), which states:

> (c) Specific requests for other records-...
> (10) Administrative appeal...
> (ii) The letter of appeal shall-...
> (F) Ask the Commissioner to grant the request for records, fee waiver, expedited processing, or favorable fee category, as applicable, or verify that an appropriate search was conducted and the responsive records were either produced or an appropriate exemption asserted. The person submitting the appeal may submit any argument in support of the appeal in the letter of appeal.

The tax law specialist mentioned above did not notify me of my right to an administrative appeal or judicial review in accordance with the provision of 26 C.F.R. § 601.702(c)(9)(v), but nonetheless I am still requesting an administrative appeal.

Sincerely,

*Robert Volney Justice*
Robert Volney Justice

Enclosure(s):   Original FOIA request letter dated February 10, 2005 from Robert Volney Justice and denial letter dated May 11, 2005 from IRS through Symeria R. Rascoe, Tax Law Specialist, HQ Office of Disclosure FOIA, Badge #50-05919

2