# Exhibit D

| | |
|---|---|
| **Internal Revenue Service** | **Department of The Treasury** |
| Date: JUL 2 0 2005 | **Address and reply to:**<br>Appeals Office, Fresno Campus<br>5045 E. Butler Ave. M/S 55201<br>Fresno, CA 93727-5136 |
| Robert Volney Justice<br>P.O. Box 602<br>Avenal, CA 93204-1433 | **Person to Contact:**<br>Stephen Armi #78-00023<br>**Contact Telephone Number:**<br>(559) 452-3122 (Office)<br>(559) 452-3266 (Fax)<br>**In Re:**<br>FOIA Appeal<br>**Case Number:**<br>20-2005-01300 |

Dear Mr. Justice:

This letter is in response to your June 2, 2005 Freedom of Information Act (FOIA) appeal of the May 11, 2005 response of the Headquarters Disclosure Office to your February 10, 2005 request for documents. In your February 10th letter you requested a copy of the IRS Mission Statement and a copy of a letter sent by Commissioner Roscoe L. Egger Jr. to all District Directors, dated April 4, 1985.

The Disclosure Office provided you with a copy of the IRS's Mission statement but was not able to locate a copy of the April 4, 1985 letter.

We have reviewed the response of the Disclosure Officer as well as the Disclosure database and have determined that the response was appropriate. We are satisfied that a reasonable search for records was performed and that to the extent that the records existed, they were obtained, reviewed, and provided if appropriate.

The basic question is not "whether there might exist any other documents possibly responsive to the request, but rather whether the search for those documents was adequate." Steinberg v. U.S. Dept. of Justice, 23 F.3d 548, 551 (D.C. Cir. 1994) (quoting Weisberg v. U.S. Dept. of Justice, 745 F.2d 1476, 1485 (D.C. Cir. 1984)).

In other words, "the search need only be reasonable, it does not have to be exhaustive." Miller, 779 F.2d at 1383 (citing Shaw v. U.S. Dept. of State, 559 F. Supp. 1053, 1057 (D.D.C. 1983)); see also, Boggs v. United States, 987 F. Supp. 11, 20 (D.D.C.1997) (noting that the role of the court is to determine reasonableness of search, "not whether the fruits of the search met plaintiff's aspirations").

The FOIA requires us to advise you of the judicial remedies granted in the Act. You may file a complaint in the United States District Court for the District in which you reside, or have your principal place of business, or in which the agency records are located, or in the District of Columbia.

Sincerely,

Marge Field
Appeals Team Manager